IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 12-cr-20157-STA/tmp |
| ) | |
| RONNIE JACKSON, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

Before the court by order of reference is defendant Ronnie Jackson's Motion to Suppress, filed on September 16, 2013. (ECF No. 129.) The government filed a response in opposition on September 27, 2013. (ECF No. 135.) On October 1, 2013, the court entered a notice setting the motion for a suppression hearing for October 17, 2013. Upon the government's motion, the court reset the hearing for November 7, 2013. On that date, all parties appeared for the suppression hearing. At the hearing, Jackson, who is now representing himself *pro se*, stated that he did not wish to proceed with the hearing, and that he was withdrawing the motion to suppress. Based on Jackson's withdrawal of the motion to suppress, it is recommended that the motion be denied as moot.

Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

<u>November 7, 2013</u>
Date

**NOTICE**

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**